UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. M. MILLER BAKER, JUDGE

| | |
|---|---|
| JBF BAHRAIN W.L.L., as successor-in-interest to JBF Bahrain S.P.C. <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Court No. 23-00067 <br> : <br> : <br> : <br> : <br> : |

JOINT STATUS REPORT

Pursuant to the Court's order of February 10, 2025, ECF No. 40, counsel for the parties have conferred regarding the progress of this case toward settlement. We have continued to discuss the merits of this case and have made progress toward a potential settlement. Further to that, the following have occurred:

1. The plaintiff has resolved technical issues and provided document production to the defendant. U.S. Customs and Border Protection (CBP) is reviewing the document production as well as the

1

information regarding the merchandise at issue that plaintiff previously provided.

2. CBP's Laboratories and Scientific Services continue to examine representative samples of the raw materials, intermediate product, and imported product to determine whether the finished product meets the rules of origin requirements applicable under the U.S.-Bahrain Free Trade Agreement. The results of that analysis may inform CBP's views on settlement.

As such, one of the parties will file a consent motion seeking an amendment of the scheduling order to provide an additional 30 days

in the schedule.

**BARNES, RICHARDSON & COLBURN, LLP**

By:

| | |
|---|---|
| /s/ Lawrence M. Friedman | YAAKOV M. ROTH |
| Lawrence M. Friedman | Acting Assistant |
| Pietro N. Bianchi | Attorney General |
| 303 East Wacker Drive | Civil Division |
| Suite 305 | |
| Chicago, IL 60601 | PATRICIA M. McCARTHY |
| O: 312 297-9554 | Director |
| M: 847 331-5797 | |
| E: lfriedman@barnesrichardson.com | JUSTIN R. MILLER |
| | Attorney-In-Charge |
| *Counsel to Plaintiff* | International Trade |
| | Field Office |
| | |
| | /s/ Marcella Powell |
| | MARCELLA POWELL |
| | Senior Trial Counsel |
| | International Trade |
| | Field Office |
| | U.S. Department of Justice, |
| | Civil Division |
| | Commercial Litigation |
| | Branch |
| | 26 Federal Plaza, |
| | Room 346 |
| | New York, New York 10278 |
| | (212) 264-9230 |
| | *Attorneys for Defendant* |